**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ROBIN STREATER, | : | |
| | : | Civil Action No. 11-1504 (RMB) |
| Petitioner, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| WILLIAM HAUCK, et al., | : | |
| | : | |
| Respondents. | : | |

For the reasons set forth in the Opinion filed herewith,
IT IS on this **16th** day of **August** **2012**,

**ORDERED** that the Petition for writ of habeas corpus under 28
U.S.C. § 2254 is denied on the merits, or in the alternative,
dismissed for failure to exhaust state court remedies; and it is
further

**ORDERED** that no certificate of appealability shall issue
under 28 U.S.C. § 2253(c)(2), the Petitioner having failed to
make a substantial showing of the denial of a constitutional
right.

s/Renée Marie Bumb
Renée Marie Bumb
United States District Judge